IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAOLEAUNG RATSAVONGSY,<br><br>                    Petitioner,<br><br>vs.<br><br>CAL TERHUNE, et al.,<br><br>                    Respondents. | Case No. CIV S-02-1687 JKS P<br><br>ORDER |

In light of the Ninth Circuit Court of Appeals's May 11, 2005, memorandum decision reversing this Court's order granting Petitioner's writ of habeas corpus, this Court hereby **DENIES** Petitioner's Amended Petition for Habeas Corpus at **Docket No. 8**. The Court will issue a separate amended judgment entering judgment in favor of Respondents.

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this __7__ day of June 2005,

                                                                JAMES K. SINGLETON, JR.
                                                                United States District Judge

1