IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAOLEAUNG RATSAVONGSY,<br><br>                    Petitioner,<br><br>vs.<br><br>CAL TERHUNE, et al.,<br><br>                    Respondents. | Case No. CIV S-02-1687 (JKS)<br><br>**AMENDED JUDGMENT<br>IN A CIVIL CASE** |

    ___    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _X_    **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for habeas corpus is **DENIED** and that the petition is **DISMISSED WITH PREJUDICE.** The Clerk is directed to enter judgment in favor of Respondents.

APPROVED:

_____
JAMES K. SINGLETON, JR.
United States District Judge

6/7/05
_____
Date

Jack L. Wagner, Clerk

_____
Clerk

_____
(By) Deputy Clerk

1